UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BMG MUSIC; CAPITOL RECORDS, INC.;
MOTOWN RECORD COMPANY, L.P.;
ARISTA RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; WARNER
BROS. RECORDS, INC.; AND
UMG RECORDINGS, INC.,

    Plaintiffs,

v.

Case No. 5:05-cv-151

Hon. Wendell A. Miles

CONNI MACIEJEWSKI,

    Defendant.
                                                      /

## ORDER OF DISMISSAL

Plaintiff having filed a Notice of Voluntary Dismissal (Docket No. 6), and the Court being otherwise advised in the premises thereof;

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Notice of Voluntary Dismissal, the above-captioned cause of action is hereby dismissed without prejudice.

Dated: March 14, 2006                                                           /s/ Wendell A. Miles
                                                                                            Wendell A. Miles
                                                                                            Senior U.S. District Judge